CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of G. WALDO SMITH, Deceased, Appellant, v. G. WALDO SMITH, JR., et al., Respondents, Impleaded with Others.

(Submitted March 19, 1934; decided March 20, 1934.)

Motion for reargument granted and to be heard on printed briefs. (See 263 N. Y. 292; 264 N. Y. 396.)

KENNEDY VAN SAUN MANUFACTURING AND ENGINEERING CORPORATION, Appellant, v. MILLER BROTHERS CONSTRUCTION Co., INC., Respondent.

(Submitted March 19, 1934; decided March 20, 1934.)

*Francis Bergan* for motion.
*Herbert G. McLear* opposed.

Motion denied, with leave to renew on the argument.